**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv492**

| | |
|---|---|
| **KIM WILSON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**TIME WARNER CABLE**  )<br>**ENTERTAINMENT,** )<br>)<br>Defendant. )<br>_____) | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on a letter from the Plaintiff (Doc. 6, filed December 17, 2008] requesting reconsideration of the Order [Doc. 5, filed November 24, 2008] requiring the partial payment of a filing fee on or before December 24, 2008.

The letter has been construed as a motion for reconsideration. For the reasons stated in the motion, which has been sealed because it contains confidential medical information, the time within which to pay the partial filing fee will be extended to January 23, 2009, in order to allow the Court the time necessary to address the other issues set out in the letter.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to reconsider [Doc. 6] is hereby **GRANTED** in part and the deadline by which the Plaintiff is required to pay the partial filing fee of $100 is extended to January 23, 2009. The balance of the issues raised on the motion to reconsider [Doc. 6] are not denied or granted at this time, but remain pending.

Martin Reidinger
United States District Judge

Signed: December 23, 2008