**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv492**

| | |
|---|---|
| KIM WILSON, ) ) Plaintiff, ) ) vs. ) ) TIME WARNER CABLE ) ENTERTAINMENT, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on a letter from the Plaintiff (Doc. 6, filed December 17, 2008] requesting reconsideration of the Order [Doc. 5, filed November 24, 2008] requiring the partial payment of a filing fee on or before December 24, 2008.

The letter has been construed as a motion for reconsideration. The Court entered an Order on December 23, 2008, [Doc. 7], allowing the Plaintiff additional time to pay the reduced filing fee, thus allowing the Court time to address the other issues set out in the letter/motion.

The statute allowing for the waiver or reduction of the filing fee for certain actions, 28 U.S.C. §1915, particularly states that the evidence presented in a petition to proceed *in forma pauperis* must be on affidavit.

The Plaintiff's initial application was filed in the form of a statement under penalty of perjury, but no further filings of the Plaintiff are in such form. Hence the Court is unable to consider any such further filings with Plaintiff's IFP motion. For this reason, the Court will allow the Plaintiff a very short additional period within which to file with the Court such additional evidence, *in a form that is in accord with 28 U.S.C. §1915(a)*, that the Plaintiff may wish for the Court to consider.

**IT IS THEREFORE ORDERED** that the Plaintiff is allowed through and including **January 20, 2009**, to file such additional evidence, in a form that is in accord with 28 U.S.C. §1915(a), that the Plaintiff may desire for the Court to consider on her amended motion. Failure to file any further evidence in the proper form will result in the amended motion being denied. In the absence of any further Order of this Court the deadline of January 23, 2009, for the payment of the reduced fee remains in place.

Signed: January 13, 2009

Martin Reidinger
United States District Judge